IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                  Criminal Action No.
                                                      22-00283-01-CR-W-HFS

JOSE ALBERTO RODRIGUEZ-LANDEROS,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Counts One through Three: Distribution of Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Count Four: Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Count Five: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Count Six: Felon in Possession of a Firearm and Illegal Alien in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1), 922(g)(5)(A) and 924(a)(8)

Count Seven: Re-entry by an Illegal Alien Convicted of a Felony, *in violation of* 8 U.S.C. §§ 1326(a) and (b)(1)

**TRIAL COUNSEL**:
    Government: Trey Alford
    Case Agent:    DEA Special Agent Jeffrey Norman
    Defense:    Sean Pickett

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
    Government: 7 with stipulations; 10 without stipulations
    Defense: 4 witnesses, including Defendant may testify

**TRIAL EXHIBITS**:
    Government: approximately 75 exhibits
    Defense: approximately 25 additional exhibits

**DEFENSES**:
    ( x )    defense of general denial

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial          (  ) Possibly for trial
    ( x ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**:  **3 days**
    Government's case including jury selection:   2 ½ days
    Defense case:   ½ day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    likely as to:
        ( x )    chain of custody
        ( x )    chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 7, 2023
    Defense: August 7, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: August 7, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: August 7, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing August 21, 2023

**OTHER**:
    ( x )    A Spanish-speaking interpreter is required for Defendant.

    **IT IS SO ORDERED.**

                                              */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge